# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ANTHONY RAY THOMPSON, | : | No. 30 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| FOREST COUNTY COURTHOUSE, AND | : | |
| SHERIFF'S OFFICE, FOR FOREST | : | |
| COUNTY OF TIONESTA, PA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2019, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Mandamus, Motion Contesting Respondent's Refusal to File an Answer, and "Petitioner's Contestation[s]" are DENIED.